PDR CAUSE NO. 1209-15, 1208-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

| | | |
|---|---|---|
| JACOB PROVOST | § | IN THE JUDICIAL 163rd |
| v. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | ORANGE COUNTY, TEXAS |

## MOTION TO SUSPEND T.R.A.P. RULE 9.3(b), RULE 211(a)

TO THE CLERK OF THE COURT, THE APPLICANT STATED ABOVE REQUEST THE COURT TO SUSPEND T.R.A.P. RULE 9.3(b) AND RULE 211(a).

THE APPLICANT IS UNABLE TO MAKE THE ELEVEN (11) COPIES WHICH IS REQUIRED BY T.R.A.P. RULE 211(a), AND REQUEST THE COURT TO PROVIDE THE NECESSARY COPIES.

12-10-15
DATE

SINCERELY REQUESTED,

JACOB PROVOST